IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENSINGTON COMMUNITY, CORPORATION FOR INDIVIDUAL DIGNITY,** : :<br>Plaintiff : : | : |
| v. : | **CIVIL ACTION NO. 15-2942** |
| **NATIONAL UNION OF HOSPITAL AND HEALTH CARE EMPLOYEES, DISTRICT 1199C** : : :<br>Defendant : : | |

## ORDER

**AND NOW,** this 28th day of June 2016, upon consideration the summary judgment motions and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendant National Union of Hospital and Health Care Employees, District 1199C's Motion for Summary Judgment [Doc. 14] is **GRANTED** and the arbitrator's April 26, 2015 award [Kensington Community Corporation for Individual Dignity and District 1199C National Union of Hospital and Health Care Employees, Case No. 01 14 0000 2927] is **CONFIRMED**;

2. Plaintiff Kensington Community Corporation for Individual Dignity's Motion for Summary Judgment [Doc. 16] is **DENIED**.

The Clerk is directed to **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**